AO 245H (Rev. 12/07) Judgment in a Criminal Case for
Sheet 1



**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

NOV 26 2008

JAMES W. McCORMACK, CLERK
By: _____
                    DEP CLERK

# UNITED STATES DISTRICT COURT
Eastern District of Arkansas

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | — Short Form |
| MICHAEL M. BESHARSE | Case No.   4:08cr00397-BD |
| | USM No.   none |
| | Chuck Banks |
| | Defendant's Attorney |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded guilty to count(s)   1 of Misdemeanor Information

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 16 USC 704(b)(2) | Baiting migratory birds (doves) | 09/04/2008 | 1 |

☐ Count(s) _____  ☐ is  ☐ are dismissed on the motion of the United States.

**CRIMINAL MONETARY PENALTIES**

All criminal monetary penalty payments are to be made as directed by the court.

|  | **Assessment** | **Fine** |
|---|---|---|
| **Total:** | $ 25.00 (waived) | $ 1,000.00 |

Last Four Digits of Defendant's Soc. Sec. No.: _____

Defendant's Year of Birth:   1947

City and State of Defendant's Residence:
Blytheville, AR

11/25/2008
Date of Imposition of Judgment

_____
Signature of Judge

Beth Deere, Magistrate Judge
Name and Title of Judge

11/26/2008
Date